**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-2969-WJM-MJW

RANDY COLE,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER

      Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss filed December 17, 2013 (ECF No. 13).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 17th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge